**LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**
26 Court Street, Suite 814
Brooklyn, New York 11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

**Mark Schlachet**
Special Counsel for Debtor
305 Broadway, Suite 700
New York, New York
(216) 225-7559
markschlachet@me.com

*Proposed Counsel to the Debtor*
*And Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____________________________________________X
In re:

Global Supplies NY, Inc.

Case No.: 1-24-43232
Chapter 11

Debtor.
_____________________________________________X

**MOTION FOR ENTERY OF AN ORDER SCHEDULING A HEARING ON (A) MOTION FOR TURNOVER OF FUNDS; AND (B) MOTION FOR EMERGENCY USE OF CASH COLLATERAL USE, AND INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

**TO: THE HONORABLE ELIZABETH S. STONG,**

**UNITED STATES BANKRUPTCY JUDGE:**

Global Supplies NY Inc., the debtor and debtor in possession (“Debtor”), by its proposed attorney, the Law Office of Rachel S. Blumenfeld PLLC, and special counsel Mark Schlachet submits this motion (the “Motion”) seeking the entry of an order pursuant to sections 11 U.S.C.

§§ 521, 542 of the United States Code, and Sections 105(a), 361, 362, 363, 364, 507, and 552 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-5 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules"), scheduling a hearing on an expedited basis for the (A) Motion for Turnover of Funds; and (B) Motion for Emergency Use of Cash Collateral Use, and Interim and Final Orders Authorizing Use of Cash Collateral (collectively, the "Motions") seeking entry of: (a) orders (i) Authorizing the Turnover of Funds being held ; and (ii) Order(s) Authorizing the Debtor to Use Cash Collateral.

**Jurisdiction**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding as that term is defined within 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On August 1, 2024, herein referred to as the "Petition Date," Global Supplies NY Inc. ("GSNY" or "Debtor") voluntarily filed for relief under Chapter 11 of the Bankruptcy Code in this Court. The Debtor has elected to proceed under Subchapter V of Chapter 11 thereof.

3. Debtor continues to operate its business and manage its property as a debtor-in possession pursuant to Bankruptcy Code §§ 1107(a) and 1108. No trustee (other than the Subchapter V Trustee), examiner or committee has been appointed in this case.

4.GSNY operates out of Brooklyn, New York, and engages in a niche market, procuring products at discounted prices from national distributors. These products, purchased as sealed from the manufacturers, are then sold online at competitive prices, predominantly on the Amazon ecommerce platform, thus providing discounted authentic products to consumers.

**Expedited Relief is Necessary**

5. As more fully set forth in the underlying motions, an expedited hearing is required for the turnover of funds where immediate relief is necessary to avoid irreparable harm to this Debtor and so that the Debtor can continue operating its business as well as to allow the Debtor to use cash collateral of the secured creditors.

**Relief Requested**

6. The Debtor respectfully requests that a hearing be held on each of the referenced motions as soon as possible.

**Immediate Relief and Waiver of Stay Is Necessary to Avoid Irreparable Harm**

8. Bankruptcy Rule 6003 provides that the relief requested in this Motion may be granted if the "relief is necessary to avoid immediate and irreparable harm," which as noted above, is the impetus for this Motion. Absent approval of the Motions, Debtor could have disgruntled employees who may leave; and as well as other causes and disruptions in its business. Similarly, Debtor needs immediate access to cash collateral and the ability to pay certain pre-petition wages to employees.

**No Prior Request**

9. No previous request for the relief sought herein has been made to this Court or any other court.

**Conclusion**

Dated: September 3, 2024

Brooklyn, NY

Respectfully submitted,

By: *___/s/ Rachel S. Blumenfeld___________*

**Law Office of Rachel S. Blumenfeld PLLC**
**Rachel S. Blumenfeld (RB-1458)**
26 Court Street, Suite 2220
Brooklyn, NY 11242
Tel: (718) 858-9600

*Proposed Counsel to the Debtor and Debtors in Possession*

**Mark Schlachet**
Special Counsel for Debtor
305 Broadway, Suite 700
New York, New York
(216) 225-7559
markschlachet@me.com