**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Global Supplies NY Inc., | Case No.: 24-43232 (ESS) |
| Debtor. | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **CFT Clear Finance Technology Corp** | **SMD Investment LLC** |
| 2810 N Church St, #68100 | 390 Nye Ave |
| Wilmington, DE 19802 | Irvington, NJ 07111 |
| Attn: Legal Department | Attn: Moishe Kessler |
| Tel: (415) 610-5166 | Tel:  390 Nye Ave |
| Email: legaldepartment@clear.co | Email:  Moishe.kessler@uniprointl.com |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____   Date: 09/23/2024
Transferee / Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                                Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

TO:  U.S. Bankruptcy Court for the
    Eastern District of New York ("Bankruptcy Court")

AND:  Global Supplies NY Inc. ("Debtor")
    Case No. 24-43232 (ESS) ("Case")

Proof of Claim #: 2 ("Proof of Claim")    Amount: $ 904,802.49

**CFT Clear Finance Technology Corp** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    SMD Investment LLC
    390 Nye Ave
    Irvington, NJ 07111
    Attn: Moishe Kessler
    Tel:  609-766-9038
    Email:  Moishe.kessler@uniprointl.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the Proof of Claim. Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Proof of Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 23, 2024.

**CFT Clear Finance Technology Corp**    **SMD Investment LLC**

By: _Olivier Grinda_ (DocuSigned, 8267EC6BBE134E1...)  By: _____
Name: Olivier Grinda    Name: Meir Frei
Title: COO    Title: Managing Member

| **Fill in this information to identify the case:** |
|---|
| Debtor 1   Global Supplies NY Inc. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court   **Eastern District of New York** |
| Case number:  **24–43232** |

**FILED**
**U.S. Bankruptcy Court**
**Eastern District of New York**
8/7/2024
**Robert A. Gavin, Clerk**

## Official Form 410
## Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

| 1. **Who is the current creditor?** | CFT Clear |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor   CFT Clear Finance Technology Corp |

| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
|---|---|

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>CFT Clear<br>Name<br>2810 N Church St #68100<br>Wilmington, DE 19802<br><br>Contact phone   +1 (415) 610–5166<br>Contact email   payments@clear.co | **Where should payments to the creditor be sent?** (if different)<br>33 Yonge Street, Suite 1302<br>Name<br><br>Toronto, Ontario, M5E 1G4,<br><br>Contact phone   +1 (415) 610–5166<br>Contact email   payments@clear.co |
|---|---|---|
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) ____   Filed on ____<br>                                                                                       MM / DD / YYYY |
|---|---|

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |
|---|---|

Official Form 410                                Proof of Claim                                page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3871

**7. How much is the claim?** $ 904802.49

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Merchant Cash Advance

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.
**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☑ Other. Describe: Purchase of Future Receivables

**Basis for perfection:** UCC1

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 904802.49
**Amount of the claim that is secured:** $ 904802.49
**Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 904802.49

**Annual Interest Rate** (when case was filed) 0 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property:

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 8/7/2024
MM / DD / YYYY

/s/ Olivier Grinda

Signature

Print the name of the person who is completing and signing this claim:

Name: Olivier Grinda
First name   Middle name   Last name

Title: Chief Operating Officer

Company: CFT Clear Finance Technology Corp
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 33 Yonge Street, Suite 1302
Number   Street
Toronto, Ontario, M5E 1G4,
City   State   ZIP Code

Contact phone: +1 (415) 610–5166    Email: payments@clear.co

Official Form 410 — Proof of Claim — page 3