**LAW OFFICE OF RACHEL S. BLUMENFELD PLLC** 26
Court Street, Suite 814
Brooklyn, New York 11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

**Presentment Date: October 21, 2024 @
Noon
Objections Due by: October 14, 2024 @
11:30 a.m**.

*Proposed Counsel to the Debtor
And Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Global Supplies NY Inc., | Case No. |
| Debtor. | |

**Amended Notice of Presentment of Application to Employ the Law Office of Rachel
S. Blumenfeld PLLC as Attorney for the Debtor and Debtor in Possession**

    **PLEASE TAKE NOTIC**E that annexed is a proposed order (the "Order") and
Application  ("Debtor") the debtors and debtors in possession in the captioned case which
will be presented to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge,
for signature in Chambers, on **October 21, 2024 at Noon**. Copies of the Order, the Ap-
plication by Debtor and the Affirmation of Rachel S. Blumenfeld in support are annexed.

    **PLEASE TAKE FURTHER NOTICE** that objections (the "Objections"), if any,
to the Order, must: (i) be made in writing, (ii) state with particularity the grounds there-
fore, (iii) include the ECF docket number to which the filing relates in the upper right
hand corner of the caption of the objection; (iv) be filed in accordance with the electronic
filing procedures for the United States Bankruptcy Court for the Eastern District of New
York, with proof of service; and (v) served upon (a) the Law Office of Rachel S. Blumen-
feld PLLC, 26 Court Street, Suite 814, Brooklyn, New York 11242; (b) to the Office of

1

the US Trustee, Attn: Reema Lateef, One Bowling Green, Room 510, New York, NY, 10004 and (c) any party who requested service of pleadings in this chapter 11 case; so as to be received no later than 11:30 a.m. on October 14, 2024 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, the proposed order may be signed and entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Order a hearing (the "Hearing") will be held to consider such objection before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on a date to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the

Hearing and failure to appear may result in relief being granted upon default.

TO:    Brooklyn, New York
       September 26, 2024

Respectfully submitted,
Law Offices of Rachel S. Blumenfeld PLLC
Attorney for Debtor

By:    _/s/ Rachel S. Blumenfeld_____
Rachel S. Blumenfeld (1458)
26 Court Street, Suite 814
Brooklyn, New York  11242
Tel: (718) 858-9600

**LAW OFFICE OF RACHEL S. BLUMENFELD**
**PLLC** 26 Court Street, Suite 814
Brooklyn, New York  11242
Telephone: (718) 858-9600
RACHEL BLUMENFELD

*Proposed Counsel to the Debtor*
*And Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Global Supplies NY Inc., | Case No. |
| Debtor. | |

**APPLICATION TO EMPLOY AND**
**RETAIN THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**
**AS COUNSEL FOR THE DEBTOR AND DEBTORS-IN-POSSESSION AS OF**
**THE EFFECTIVE DATE OF JULY 30, 2024**

**TO:    THE HONORABLE JIL MAZER-MARINO**
**UNITED STATES BANKRUPTCY JUDGE**

The above captioned Debtor and Debtor-in-Possession, Global Supplies NY Inc.

(the "**Debtor**") file this application (the "**Application**") seeking entry of an order autho-

rizing the Debtor retention of The Law Office of Rachel S. Blumenfeld PLLC as their

attorneys.  In support of its Application, the Debtor respectfully allege as follows:

**JURISDICTION**

1  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157

and 1334.  This is a core proceeding within the meaning of 28 U.S.C. 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory basis for relief requested herein is §327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code") and Rules 2014(a) and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3. On July 30, 2024 Global Supplies NY Inc., filed a Chapter 11 Petition (the "**Filing Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor has continued in possession of their property and the management of their business affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or statutory committee has been appointed.

4.  The Debtor is an individual who has filed the bankruptcy case in order to save his property.

## RELIEF REQUESTED

5. The Debtor seek to retain and employ The Law Office of Rachel S. Blumenfeld PLLC as its attorney to prosecute its Chapter 11 case and all related matters, effective date of July 30, 2024.  Accordingly, the Debtor requests entry of an order in substantially the form annexed hereto and pursuant to Bankruptcy Code § 327(a) and Bankruptcy Rule 2014(a) authorizing the Debtor to employ and retain The Law Office of Rachel S. Blumenfeld PLLC as counsel and as their attorney to perform services necessary in its Chapter 11 Case.  The Debtor was informed that each of the attorneys who will be engaged in these services is duly admitted to practice in this Court as well as the Courts of the State

of New York.

6.  The professional services that The Law Office of Rachel S. Blumenfeld PLLC

are to render to the Debtor may be summarized as including[1]:

> a.  To give advice to the Debtor with respect to its powers and duties as Debtors-in-Possession and the continued management of its property and affairs.
>
> b.  To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with creditors and other parties in interest.
>
> c.  To prepare on behalf of the Debtor all necessary schedules, application, motions, answers, orders, reports, and other legal papers required for the Debtors that seek protection from its creditors under Chapter 11 of the Bankruptcy Code.
>
> d.  To appear before the Bankruptcy Court to protect the interest of the Debtors and to represent the Debtor in all matters pending before the Court.
>
> e.  To represent the Debtor, if need be, in connection with obtaining post-petition financing.
>
> f.  To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
>
> g.  To perform all other legal services of the Debtor which may be necessary for the preservation of the Debtor's estate and to promote the best interest of the Debtor, its creditors and its estate.

7.  The Debtor has selected the Law Office of Rachel S. Blumenfeld PLLC as

counsel for the reason that it has experience in representing Debtor in matters of this na-

ture, and the Debtor believes that the Law Office of Rachel S. Blumenfeld PLC is well

---

[1] The scope of services provided will not include the following without a separate retention from the Debtor and approval by the Court: dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

qualified to act as its attorney and to represent them as a Debtor and Debtor-in-possession in this case.

8. It is necessary for the Debtor to employ The Law Office of Rachel Blumenfeld PLLC as counsel for such professional services pursuant to § 327 of the Bankruptcy Code.

9. Subject to Court approval, compensation will be paid to The Law Office of Rachel Blumenfeld PLLC for services provided on an hourly basis plus reimbursement of actual and necessary expenses incurred. The Law Office of Rachel S. Blumenfeld PLLC's hourly rates for matters relating to this Chapter 11 proceeding are as follows:

| | |
|---|---|
| Rachel S. Blumenfeld, Esq. | $525.00 |
| Of counsel | $450.00 |
| Paraprofessional | $150.00 |

10. The hourly rates above are subject to periodic adjustment to reflect economic and other conditions. The hourly rates above are standard, if not below standard, rates for work of this nature. These rates are designed to fairly compensate The Law Office of Rachel S. Blumenfeld PLLC for the work for its attorneys and paraprofessionals and to cover fixed routine overhead expenses.

11. On or about July 25, 2024, the Law Office of Rachel S. Blumenfeld PLLC received a retainer payment from Samuel Y. Seidenfeld in the sum of $30,000.00 (which includes the filing fee.) as a retainer (the "**Retainer**") to act as counsel to the Debtor and to represent it as Debtor and Debtor-in-Possession in this case.

12. To the best of Debtor's knowledge, the Law Office of Rachel S. Blumenfeld PLLC has no present connection with the Debtor's creditors or any other parties in inter-

est or their respective attorneys.

13.  To the best of Debtor's knowledge, The Law Office of Rachel S. Blumenfeld PLLC represents no interest adverse to the debtor and debtor-in-possession, or this estate, or any other interested person in the matters with respect to which The Law Office of Rachel S. Blumenfeld PLLC is being retained by the Debtor.

14. The Debtor submits that the retention of The Law Office of Rachel S. Blumenfeld PLLC as counsel and as their attorneys is necessary and is in the best interests of its estate.

15. The Law Office of Rachel S. Blumenfeld PLLC is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, in that the firm:

  a.  is not a creditor, equity security holder or insider of the Debtors;

  b.  is not and was not an investment banker for any outstanding security of the Debtors;

  c.  has not been, within three years before the date of the filing of the Debtor's Chapter 11 petition; (i) an investment banker for a security of the debtor; or (ii) an attorney for such an investment  banker in connection with the offer, sale or issuance of a security of the Debtors; and

  d.  is not and was not, within two years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtors or of an investment banker specified in subparagraph (b) or (c) of this paragraph.

16.  The Law Office of Rachel S. Blumenfeld PLLC will be paid for the legal services rendered upon application duly filed with this Court pursuant to Bankruptcy Code 330 and pursuant to the procedures established by the Order Pursuant to 111 U.S.C. Section §§ 105(a) and 331 Establishing Procedures for Compensation and Reimbursement of

Expenses of Professionals as may be further entered by this Court.   The Law Office of Rachel S. Blumenfeld PLLC will be seeking interim professional compensation on a monthly basis.

17.   The Debtor desires to employ The Law Office of Rachel Blumenfeld PLLC as counsel and as their attorneys pursuant to Bankruptcy Code § 327 because of the extensive legal services, which are required and indeed are anticipated for a successful reorganization under Chapter 11 of the Bankruptcy Code.

18.   No prior request for the relief sought herein has previously been made.

**WHEREFORE**, the Debtors respectfully prays for the entry of the annexed Order authorizing the employment of The Law Office of Rachel S. Blumenfeld PLLC as counsel and as their attorneys for the Debtor to July 30, 2024 together with such other and further relief as appears just to this Court, for all of which no previous application has been made.

Dated: Brooklyn, New York
      July 30, 2024

By:   */s/ Samuel Y. Seidenfeld*
       Samuel Y. Seidenfeld for

       Global Supplies NY Inc.

LAW OFFICES OF RACHEL BLUMENFELD PLLC
Proposed Attorneys for
Debtor and Debtor-In-Possession
26 Court Street, Suite 814
Brooklyn, NY 11242
(718) 858-9600

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Global Supplies NY Inc., | Case No.: |
| Debtor. | |

**AMENDED AFFIDAVIT IN SUPPORT OF APPLICATION TO EMPLOY AND RETAIN THE**
**LAW OFFICE OF RACHEL S. BLUMENFELD PLLC AS ATTORNEYS FOR**
**THE DEBTOR <u>AS OF THE EFFECTIVE DATE OF JULY 30, 2024</u>**

STATE OF NEW YORK ) ss.:

COUNTY OF KINGS )

Rachel S. Blumenfeld, Esq., being duly sworn, deposes and says that:

1. I am a member of The Law Office of Rachel S. Blumenfeld PLLC, with offices located

at 26 Court Street, Suite 2220, Brooklyn, New York 11242. I have been duly admitted to

practice before this Court and the Courts of the State of New York.

2. I submit this Affidavit in support of the Debtor and Debtor-in-Possession Glob-

al Supplies NY Inc. (the "Debtor") Application to Employ and Retain The Law Office of

9

Rachel S. Blumenfeld PLLC as attorneys for the Debtor in connection with the above-captioned Chapter 11 case on the terms set forth in the accompanying Application.

3. The Law Office of Rachel S. Blumenfeld PLLC does not have any connection with the Debtor, its creditors, or any other party in interest herein or their respective attorneys. Furthermore, neither I nor The Law Office of Rachel S. Blumenfeld PLLC is a pre-petition creditor of the Debtor.

4. Based on the foregoing, I respectfully submit that The Law Office of Rachel S. Blu- menfeld PLLC does not hold nor represent any interest adverse to the Debtor herein or its estate, in the matters upon which they are to be engaged.

**DISINTERESTEDNESS**

5. To the best of my knowledge, the Law Office of Rachel S. Blumenfeld PLLC is a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, in that the firm:

> a. is not a creditor, equity security holder or insider of the Debtor;
>
> b. is not and was not an investment banker for any outstanding security of the Debtor;
>
> c. has not been, within three years before the date of the filing of the Debtor's Chapter 11 petition; (i) an investment banker for a
> security of the debtor; or (ii) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor; and
>
> d. is not and was not, within two years before the date of the filing of the Debtor's Chapter 11 petition, a director, officer, or employee of the Debtor or

of an investment banker specified in subparagraph
(b) or (c) of this paragraph.

## DISCLOSURE PROCEDURES

6. In preparing this affidavit, I searched the following categories:

    a. Debtor

    b. Significant equity holders
    c. Lenders and secured creditors

    d. Counterparties to leases
    d. Professionals
    e. Unsecured creditors

7. Upon review of the list, it is apparent that The Law Office of Rachel S. Blumenfeld PLLC does not hold or represent any interest that is adverse to the Debtors estate and The Law Office of Rachel S. Blumenfeld PLLC is a disinterested person.

8. The Law Office of Rachel S. Blumenfeld PLLC is not aware of any past or present relationship that would disqualify the Law Office of Rachel S. Blumenfeld PLLC from representing the Debtor.

## BILLING RATES

9. This firms' bllling rates are as follows:

| | |
|---|---|
| Rachel S. Blumenfeld, Esq. | $525.00 |
| Of counsel | $450.00 |
| Paraprofessional | $150.00 |

10. On or about July 25, 2024, The Law Office of Rachel S. Blumenfeld PLLC

received a retainer from Samuel Y. Seidenfeld in the sum of $30,000.00 (this amount

includes the filing fees) as a retainer (the "**Retainer**") on account of legal services

rendered and to be rendered on account of costs and expenses to act as counsel to the Debtor and to
represent it as a debtor and debtor in possession in this case.
The sum of $10,762.50 was drawn down for pre-petition legal services on this case. Not including the
filing fee there is a $17,499.50 retainer for postpetition legal fees, services and expenses.

**WHEREFORE**, your Deponent respectfully requests the entry of the pre-fixed

order, together with such other and further relief as is proper.

Dated: Brooklyn, New York September 24, 2024

Sworn to before me this
24th day of September 2024                    */s/ Rachel S. Blumenfeld*
                                             _____

                                             Rachel S. Blumenfeld

*/s/ Alan Blumenfeld*
Notary Public

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Global Supplies NY Inc., | Case No.: |
| Debtor. | |

## LAR DAN AFFIDAVIT

Samuel Y. Seidenfeld, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this declaration on behalf of Global Supplies NY Inc., (the "Debtor") to retain the Law Office of Rachel S. Blumenfeld PLLC ("Blumenfeld") to represent its attorney in the above referenced Chapter 11 case.

2. I provided the $30,000.00 retainer (plus the filing fees) to the Debtor for Blumenfeld as a retainer to Blumenfeld to secure services for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to me. I do not intend to make a claim against the Debtor with respect to the monies advanced on its behalf.

3. I hereby waive any claim I may have against the Debtor for these funds paid to retain counsel.

4. I will not be seeking reimbursement of this retainer.

5. I do not intend to bid on any of the Debtor's assets or provide any financing to the Debtor.

Dated: Brooklyn, New York
July 30, 2024

*/s/ Samuel Y. Seidenfeld*
Samuel Y. Seidenfeld