**Rachel S. Blumenfeld**
**Attorney at Law**
26 Court Street, Suite 814 ● Brooklyn, New York  11242
718.858.9600 ● [rachel@blumenfeldbankruptcy.com](mailto:rachel@blumenfeldbankruptcy.com)

September 27, 2024



FILED ON ECF ONLY

To Whom it May Concern

**Re:     Global Supplies NY Inc., chapter 11 case number 1-24-43232-ess**

    Please be advised that all matters in the above referenced case currently scheduled for October 10, 2024 at 10:30 a.m. and have been ADJOURNED to **October 31, 2024 at 10:30 a.m.**

    Please do not hesitate to contact the undersigned with any questions or concerns.

    Sincerely,

    */s/ Rachel S. Blumenfeld*

    Rachel S. Blumenfeld