United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 24-43232-ess
Global Supplies NY Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Sep 26, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 10378198 | + CFT Clear, 2810 N Church St #68100, Wilmington, DE 19802-4447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frank C Dell'Amore | on behalf of Creditor Flushing Bank fdellamore@jaspanllp.com  mcatalano@jaspanllp.com |
| Jolene E Wee | jwee@jw-infinity.com  jwee@jw-infinity.com;MD72@ecfcbis.com |
| Jolene E Wee | on behalf of Trustee Jolene E Wee jwee@jw-infinity.com  jwee@jw-infinity.com;MD72@ecfcbis.com |
| Mark Schlachet | on behalf of Debtor Global Supplies NY Inc. markschlachet@me.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Rachel S. Blumenfeld | on behalf of Debtor Global Supplies NY Inc. rachel@blumenfeldbankruptcy.com |

District/off: 0207-1        User: admin        Page 2 of 2
Date Rcvd: Sep 26, 2024        Form ID: trc        Total Noticed: 1

Ronald S Beacher
    on behalf of Creditor CFT Clear Finance Technology Corp. rbeacher@pryorcashman.com
    bankruptcydocketing@pryorcashman.com

TOTAL: 7

# United States Bankruptcy Court

Eastern District of New York
1
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY  11201-1800

---

| | |
|---|---|
| IN RE: | CASE NO: 1-24-43232-ess |
| Global Supplies NY Inc.<br>138 31st Street<br>Brooklyn NY 11232 | CHAPTER: 11 |
| SSN/TAX ID: | |
| DEBTOR(s) | |

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: CFT Clear, 2810 N Church St #68100, Wilmington, DE 19802

Name and Address of Transferee:

SMD Investment LLC
390 Nye Ave.
Irvington, NJ 07111
Attn: Moishe Kessler

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/28/24

Robert A. Gavin, Jr.
**CLERK OF THE COURT**

[Notice of Trans of Claim rev. 12/01/15]