UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In re                                                                              CHAPTER 11
GLOBAL SUPPLIES NY INC.
                                                                                    Case # 1-24-43232-ess
                                        Debtor.
-------------------------------------------------X

## STIPULATION FOR SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED, consented and agreed that CORASH & HOLLENDER, P.C., be and hereby are substituted as the proposed attorney for the Debtor in the above entitled action in place and stead of THE LAW OFFICE OF RACHEL S. BLUMENFELD PLLC.

Dated:   September 26, 2024

      Law Office of Rachel S. Blumenfeld PLLC

      By: */s/ Rachel Blumenfield*
           Rachel Blumenfeld
      Former Proposed Attorneys for Debtor
      26 Court Street, Ste. 814
      Brooklyn, NY, 11242


      Corash & Hollender, P.C.

      By: */s/ Paul Hollender*
           Paul Hollender
      New Proposed Attorneys for Debtor
      1200 South Ave. Suite 201
      The Corporate Park of Staten Island
      Staten Island, NY 10314

Consented to: GLOBAL SUPPLIES NY INC.

By: */s/ Samuel Seidenfeld*
     Samuel Seidenfeld, President