**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 24-43232 |
| Global Supplies NY Inc. | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).    43 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 10/7/2024, I did cause a copy of the following document(s), described below:

Global Supplies Inc. - Jolene Wee - Sub V Trustee's - Fee Application with Exhibits, Proposed Order and Notice of Hearing, ECF Dkt Ref No. 43

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/7/2024

> /s/ Jolene E. Wee
> Jolene E. Wee
> JW Infinity Consulting, LLC
> 447 Broadway 2nd Fl
> #502
> New York NY 10013
> 646-204-0033
> jwee@jw-infinity.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re: | Case No. 24-43232 |
|---|---|
| Global Supplies NY Inc. | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).      43 |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 10/7/2024, I did cause a copy of the following document(s), described below:

Global Supplies Inc. - Jolene Wee - Sub V Trustee's - Fee Application with Exhibits, Proposed Order and Notice of Hearing, ECF Dkt Ref No. 43

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/7/2024

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/7/2024, I caused a copy of the Global Supplies Inc. - Jolene Wee - Sub V Trustee's - Fee Application with Exhibits and Proposed Order and Notice of Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Amazon | 410 Terry Ave | | | | Seattle WA 98104-2448 |
| Flushing Bank | PO Box 9000 | | | | East Meadow NY 11554-9000 |
| Ramp | 28 West 23rd St 2nd Fl | | | | New York NY 10010-5260 |
| Chambers of the Honorable Elizabeth S. Stong | 271-C Cadman Plaza East, Suite 1595 | | | | Brooklyn NY 11201-1800 |
| CFT Clear Finance Technology Corp. | 2810 N. Church St., #68100 | | Attn: Legal Dept. | | Wilmington DE 19802-4447 |
| NEW YORK STATE DEPARTMENT OF LABOR | 1220 WASHINGTON AVE, BLDG 12 RM 256 | | | | ALBANY NY 12226-1799 |
| Gramco School & Office | Supplies | | 126 31st Street | | Brooklyn NY 11232-1800 |
| Spectrum | P.O. Box 7186 | | | | Pasadena CA 91109-7186 |
| Amex 2001 | PO Box 1270 | | | | Newark NJ 07101-1270 |
| Capital One N.A. | by AIS InfoSource LP as agent | | PO Box 71083 | | Charlotte NC 28272-1083 |
| Mark Schlachet | Mark Schlachet, Attorney at Law | | 305 Broadway--Ste. 700 | | New York NY 10007-1109 |
| ODK Capital, LLC | 1400 Broadway | | | | New York NY 10018-5300 |
| Flushing Bank | c/o Jaspan Schlesinger Narendran LLP | | 300 Garden City Plaza, 5th Floor | | Garden City NY 11530-3333 |
| Amex 8007 | PO Box 1270 | | | | Newark NJ 07101-1270 |
| SBA EIDL | US Small Business Admin | 2 North Street | Suite 320 | | Birmingham AL 35203 |
| Paul Hollender | Corash & Hollender PC | 1200 South Avenue | Suite 201 | | Staten Island NY 10314-3424 |
| American Express National Bank | c/o Becket and Lee LLP | | PO Box 3001 | | Malvern PA 19355-0701 |
| Goldman Sachs | PO Box 45400 | | | | Salt Lake City UT 84145-0400 |
| National Grid | PO Box 371416 | | | | Pittsburgh PA 15250-7416 |
| CORASH & HOLLENDER, P.C. | PAUL HOLLENDER, ESQ. | 1200 SOUTH AVENUE, SUITE 201 | THE CORPORATE PARK OF STATEN ISLAND | | STATEN ISLAND NY 10314-3424 |
| Drip Capital | 555 Bryant Street #356 | | | | Palo Alto CA 94301-1704 |
| Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green | Room 510 | New York NY 10004-1415 |
| SMD Investment LLC | 390 Nye Ave. | | | | Irvington NJ 07111-4206 |
| Global Supplies NY Inc. | 138 31st Street | | | | Brooklyn NY 11232-1800 |
| American Express | PO Box 981535 | | | | El Paso TX 79998-1535 |
| Con Edison | PO Box 1701 | | | | New York NY 10016 |
| Capital One | 1389 Peachtreet St NE | | | | Atlanta GA 30309-3035 |
| Flushing Bank | 220 RXR Plaza | | | | Uniondale NY 11556-3825 |
| Paul Hollender | Corash & Hollender, P..C. | | 1200 South Avenue Suite 201 | | Staten Island NY 10314-3424 |
| CFT Clear | 2810 N Church St #68100 | | | | Wilmington DE 19802-4447 |
| Mark Schlachet | Special Counsel for Debtor | | 305 Broadway, Suite 700 | | New York NY |
| Everest Funding | 102 W 38th St 6th Fl | | | | New York NY 10018-3664 |

| Consolidated Edison Company of New York Inc | EAG Bankruptcy | 9th Floor | 4 Irving Place | | New York NY 10003-3502 |
|---|---|---|---|---|---|
| Jolene E Wee | JW Infinity Consulting, LLC | 447 Broadway Street | Ste 2nd FL #502 | | New York NY 10013-2562 |
| Parafin | 301 Howard Street | | Suite 1500 | | San Francisco CA 94105-6611 |
| OnDeck | 1400 Broadway | | | | New York NY 10018-5300 |
| Sellers Funding | 1290 Weston Road | | | | Fort Lauderdale FL 33326-1976 |