**Rachel S. Blumenfeld**
**Attorney at Law**
26 Court Street, Suite 2220 ● Brooklyn, New York  11242
718.858.9600 ● rachel@blumenfeldbankruptcy.com

October 21, 2024

FILED ON ECF ONLY

**Re:     Global Supplies chapter 11 case number: 1-24-43232 less**

To Whom it May Concern,

     Please be advised that the Notice of Presentment date of October 31, 2024 at 10:30 a.m. for the Retention of the Law Office of Rachel S. Blumenfeld PLLC as counsel to the Debtor will now be a hearing a date for this Application.

     Please do not hesitate to contact the undersigned with any questions or concerns.

     Sincerely,

     */s/ Rachel S. Blumenfeld*

     Rachel S. Blumenfeld