**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In re:

GLOBAL SUPPLIES NY, INC.,

          Debtor.

Chapter 11 (Subchapter V)

Case No. 24-43232-ESS

---

**ORDER GRANTING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO JOLENE E. WEE AS SUBCHAPTER V FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD FROM AUGUST 5, 2024, THROUGH OCTOBER 7, 2024**

Upon consideration of the Application of Jolene E. Wee as Subchapter V Trustee for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred During the Period from August 5, 2024, through October 7, 2024 (the "Application"), for professional services rendered and expenses incurred during the period commencing August 5, 2024 through October 7, 2024; and a hearing having been held before this court to consider the Application on November 1, 2024***; at which the Debtor, the United States Trustee, the Subchapter V Trustee, and Flushing Bank appeared and were heard***; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

**ORDERED**, that the Application is granted to the extent set forth in the attached Schedules.

Dated: Brooklyn, New York
November 21, 2024



Elizabeth S. Stong
United States Bankruptcy Judge

Case No.:    24-43232-ESS  **CURRENT FEE PERIOD**  Schedule A
Case Name: GLOBAL SUPPLIES NY, INC.

August 5, 2024, through October 7, 2024

| (1) Applicant | (2) Date / Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Jolene E. Wee** Subchapter V Trustee | Date Filed:10/07/2024 ECF No. 43 | $3,751.50 | $3,751.50 | $3,751.50 | N/A | $3,751.50 | $108.78 | $108.78 |

DATE ON WHICH ORDER WAS SIGNED: **_11/21/24_**    INITIALS: **_ESS_** USBJ

Case No.: 24-43232-ESS       **FINAL FEE APPLICATION TOTALS**      **Schedule B**
Case Name: GLOBAL SUPPLIES NY, INC.

August 5, 2024, through October 7, 2024

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| **Jolene E. Wee**<br>Subchapter V Trustee<br>Date Filed: 10/07/2024<br>ECF No. 43 | $3,751.50 | - | $108.78 | - |

DATE ON WHICH ORDER WAS SIGNED: *11/21/24*      INITIALS: *ESS* USBJ